# MEMORANDUM DECISIONS.

E. R. BRYAN, Plaintiff in Error, v. Ruby Bryan JOHNSON et al., Defendants in Error. (No. 435–3860.) (Commission of Appeals of Texas, Section B. April 2, 1924.) Error to Court of Civil Appeals of Fifth Supreme Judicial District. Trespass to try title by Ruby Bryan Johnson, by her next friend, W. E. Roberts, against E. R. Bryan, wherein W. E. Roberts was dismissed, and E. E. Johnson joined as plaintiff. From a judgment of the Court of Civil Appeals (244 S. W. 264), affirming a judgment for plaintiff, defendants bring error. Cause dismissed by agreement. Geo. W. Barcus, of Waco, and Jno. Abney, of Hillsboro, for plaintiff in error. Bouldin & Surles, of Mineral Wells, and Frazier & Averitte, of Hillsboro, for defendants in error.

STAYTON, J. The parties in this cause have entered into and filed with the clerk the following written agreement: "Come now plaintiff in error E. R. Bryan, and defendants in error Ruby Bryan Johnson and E. E. Johnson, by their attorneys of record, and respectfully show to your honors that they have agreed upon a compromise of this case, and have settled same upon the following terms: Plaintiff in error, E. R. Bryan, to have one-half of the land and money herein involved and to pay one-half of the costs of this litigation, and, defendant in error Ruby Bryan Johnson to have one-half of said land and money involved and to pay one-half of the costs of this litigation, and this cause to be withdrawn from court, and judgment entered dismissing same. Wherefore they pray that judgment may be entered, and that this cause may be dismissed." We recommend that judgment be entered dismissing such cause from the Supreme Court in accordance with the foregoing agreement, and that in such judgment the plaintiff in error, E. R. Bryan, be adjudged to pay one-half of the costs of the cause, and the defendant in error Ruby Bryan Johnson be adjudged to pay the remainder of such costs.

CURETON, C. J. Cause dismissed, and costs apportioned as recommended by the Commission of Appeals.

---

Moody ANDERSON v. STATE. (No. 8364.) (Court of Criminal Appeals of Texas. March 5, 1924.) Appeal from District Court, Morris County; R. T. Wilkinson, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The offense is burglary; punishment fixed at confinement in the penitentiary for a period of two years. The record is before us without bill of exceptions or statement of facts. The indictment is regular. No fundamental error has been discovered. The judgment is affirmed.

---

Ernest BECKNER v. STATE. (No. 8452.) (Court of Criminal Appeals of Texas. March 5, 1924.) Appeal from District Court, Fannin County; Ben H. Denton, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the district court of Fannin county of selling intoxicating liquor, and his punishment fixed at one year in the penitentiary. The record contains neither a statement of facts nor bills of exception. The indictment correctly charges the offense and the charge followed the law. No error appearing, an affirmance is ordered.

---

Jesse BINKLEY v. STATE. (No. 8433.) (Court of Criminal Appeals of Texas. March 5, 1924.) Appeal from Criminal District Court, Williamson County; James R. Hamilton, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The offense is burglary of a private residence in the nighttime with intent to murder; punishment fixed at confinement in the penitentiary for a period of 75 years. The record is before us without bills of exception or statement of facts. The indictment is regular. No fundamental error has been pointed out or discovered. The judgment is affirmed.

---

John BOSTICK v. STATE. (No. 8429.) (Court of Criminal Appeals of Texas. March 5, 1924.) Appeal from District Court, Orange County; V. H. Stark, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The offense is the unlawful possession of intoxicating liquor; punishment fixed at confinement in the penitentiary for a period of one year. The record is before us without bills of exception or statement of facts. The indictment is regular. No fundamental error has been pointed out or discovered. The judgment is affirmed.

---

John BOSTICK v. STATE. (No. 8431.) (Court of Criminal Appeals of Texas. March 5, 1924.) Appeal from District Court, Orange County; V. H. Stark, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The offense is the unlawful sale of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year. The indictment is regular. Nothing is brought forward for review, either by statement of facts or bills of exceptions. The judgment is affirmed.